# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIAN ANTHONY SORRELLS

NO. 2021 KW 0183

**APRIL 26, 2021**

---

In Re:   Brian Anthony Sorrells, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1666-M-2019.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT